# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES-GENERAL

Case No. ED CV <u>11-2021-DDP (PLA)</u>  Date <u>March 25, 2013</u>

Title: <u>Earl Bond v. Fontana Police Department, et al.</u>

----

☐ U.S. DISTRICT JUDGE

**PRESENT: THE HONORABLE <u>PAUL L. ABRAMS</u>**

☒ MAGISTRATE JUDGE

| <u>Christianna Howard</u> | <u>N/A</u> | <u>N/A</u> |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

**ATTORNEYS PRESENT FOR PLAINTIFF:**   **ATTORNEYS PRESENT FOR DEFENDANTS:**
NONE                                    NONE

**PROCEEDINGS:** (IN CHAMBERS)

The Court is in receipt of plaintiff's "Motion to [Q]uash or Modify Subpoena ..." (the "Motion"), filed on March 21, 2013. In the Motion, plaintiff requests that the Court quash defendants' subpoenas served on third parties Stephen and Gloria Graeber because, among other things, the subpoenas notice depositions (and the production of documents and things at the time of those depositions) for **March 28, 2013**, in violation of the Court's June 27, 2012, Order re Discovery, which provides that: "The parties shall schedule depositions to commence at least fourteen (14) calendar days after service of the deposition notice and **at least five (5) court days before the discovery cut-off date**." (Order re Discovery at 2) (emphasis added). The discovery cut-off date in this action is currently **March 29, 2013**.

Accordingly, **no later than noon on March 26, 2013**, defendants are ordered to show cause why the subpoenas served on Stephen and Gloria Graeber should not be quashed as violating this Court's Order of June 27, 2012.

cc: Earl Bond, Pro Se
    Counsel of Record

Initials of Deputy Clerk <u>ch</u>

CV-90 (10/98)            CIVIL MINUTES - GENERAL